AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00090 |
| Nicholas Ortt | ) Assigned To : Judge Robin M. Meriweather |
| DOB: XXXXXX | ) Assign. Date : 3/6/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) and 2, - | (Assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals); |
| 18 U.S.C. § 231(a)(3) - | (Obstruction of Law Enforcement During Civil Disorder); |
| 18 U.S.C. § 1752(a)(1) - | (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority); |
| 18 U.S.C. § 1752(a)(2) - | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); |
| 18 U.S.C. § 1752(a)(4) - | (Engaging in Physical Violence in a Restricted Building or Grounds); |
| 40 U.S.C. § 5104(e)(2)(D) - | (Disorderly Conduct in the Capitol Grounds or Buildings); |
| 40 U.S.C. § 5104(e)(2)(F) - | (Act of Physical Violence in the Capitol Grounds or Buildings). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___03/06/2024___                                    _____
                                                          Judge's signature

City and state:    ___Washington, D.C.___         Robin M. Meriweather, U.S. Magistrate Judge
                                                          Printed name and title