AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00090 |
| Nicholas Ortt | ) Assigned To : Judge Robin M. Meriweather |
|  | ) Assign. Date : 3/6/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Nicholas Ortt__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and 2, - (Assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals);
18 U.S.C. § 231(a)(3) - (Obstruction of Law Enforcement During Civil Disorder);
18 U.S.C. § 1752(a)(1) - (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) - (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in the Capitol Grounds or Buildings);
40 U.S.C. § 5104(e)(2)(F) - (Act of Physical Violence in the Capitol Grounds or Buildings).

Date: __03/05/2024__                                    _/s/ Robin M. Meriweather_  2024.03.06 17:56:34 -05'00'
                                                          Issuing officer's signature

City and state: __Washington, D.C.__                   Robin M. Meriweather, U.S. Magistrate Judge
                                                          Printed name and title

---

### Return

This warrant was received on (date) __3/6/24__, and the person was arrested on (date) __3/8/24__
at (city and state) __Howard County, Maryland__

Date: __3/8/24__                                        _/s/_ 
                                                          Arresting officer's signature

                                                          Terry Ann Burns FBI Special Agent
                                                          Printed name and title