IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 1:24-mj-00090 |
| | ) |
| NICHOLAS ORTT | ) |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

COMES NOW the accused, Nicholas Ortt, by counsel, and moves the Court to modify his conditions of release and in support thereof states as follows:

1. On March 8, 2024, the Court Ordered Mr. Ortt's release subject to a number of conditions.

2. Amongst the conditions ordered, was the additional condition of release that requires Mr. Ortt to comply with a curfew restricting him to his residence every day from 1 a.m. to 3 a.m.

3. On March 25 and March 26, 2024, Mr. Ortt's father will be undergoing cancer treatment in Berlin, Maryland where his father resides. Mr. Ortt's father is in need of his son's assistance getting to and from treatment on the aforementioned days.

4. Mr. Ortt would like to be able to assist his father on the aforementioned days. To accomplish that, he asks that his conditions of release be modified to allow him to travel, on the evening of March 24, 2024, to 16 Sweetgum Lane, Berlin, Maryland, where his father resides; stay overnight with his father on March 24 and 25, 2024 and return back to his residence on the late afternoon of March 26, 2024.

5.      Counsel for the Accused conferred with Assistant United States Attorney Eli Ross, and Mr. Ross advised that the United States has no objection to the requested modification.

WHEREFORE, the accused, Nicholas Ortt, respectfully, moves this Honorable Court to grant this Motion.

        Respectfully submitted

        NICHOLAS ORTT

        By Counsel

        /s/ Kevin E. Wilson
        Kevin E. Wilson, Esq.
        VSB# 80033
        Law Office of Kevin E. Wilson, PLLC
        2 Wisconsin Circle, Suite 700
        Chevy Chase, MD 20815
        P: (855) 749-2100
        C: (301) 325-5291
        kevin@kevinewilsonlaw.com

**CERTIFICATE**

    I hereby certify that on March 22, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    /s/ Kevin E. Wilson
    Kevin E. Wilson, Esq.