IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                ) | CASE NO.  1:24-mj-00090 |
| ) | |
| NICHOLAS ORTT          ) | |

### SECOND MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the accused, Nicholas Ortt, by counsel, and moves the Court to modify his conditions of release and in support thereof states as follows:

1. On March 8, 2024, the Court Ordered Mr. Ortt's release subject to a number of conditions.

2. Amongst the conditions ordered was the additional condition of release that requires Mr. Ortt to comply with a curfew restricting him to his residence every day from 1 a.m. to 3 a.m.

3. On March 22, 2024, the Court modified Mr. Ortt's conditions of release allowing him to travel to his parent's home on March 24, 2024, at 16 Sweetgum Lane, Berlin, Maryland, and stay overnight so that Mr. Ortt could assist his father in getting to his medical appointment. Mr. Ortt was ordered to return back to his residence on the late afternoon of March 26, 2024.

4. Mr. Ortt reports that his father is battling stage 4 cancer and a few months ago, had a hip replacement. His father has regular treatments for his cancer and follow up doctor visits. His father resides with Mr. Ortt's mother. Mr. Ortt's parents are seventy-four years of age.  Mr. Ortt's mother is not physically able to get her husband in and out of the house and car to get to his appointments. Mr. Ortt and his sibling would like to make arrangements where

they alternate going to their parent's residence and assist in getting their father back and forth to his appointments and treatments.

5. To accomplish this, Mr. Ortt asks that his conditions of release be modified to allow him to travel every other week, leaving on Sunday evening and returning back to his residence on Tuesday afternoon, to 16 Sweetgum Lane, Berlin, Maryland, where his parents reside. While in Berlin, Maryland, Mr. Ortt will stay in the residence with his parents. It is asked that this modification of Mr. Ortt's conditions of release become effective starting on Sunday April 14, 2024.

6. Counsel for the Accused conferred with Assistant United States Attorney Eli Ross, and Mr. Ross advised that the United States has no objection to the requested modification.

WHEREFORE, the accused, Nicholas Ortt, respectfully, moves this Honorable Court to grant this Motion.

Respectfully submitted

NICHOLAS ORTT

By Counsel

/s/ Kevin E. Wilson
Kevin E. Wilson, Esq.
VSB# 80033
Law Office of Kevin E. Wilson, PLLC
2 Wisconsin Circle, Suite 700
Chevy Chase, MD 20815
P: (855) 749-2100
C: (301) 325-5291
kevin@kevinewilsonlaw.com

## **CERTIFICATE**

I hereby certify that on April 10, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Kevin E. Wilson_____
Kevin E. Wilson, Esq.